The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Kelly Daniel Bass
    v. Commonwealth of Virginia
    Record No. 0769-18-2
    Opinion rendered by Judge Beales
       on July 9, 2019
    Refused (191033)

2. Charles Erskine Church
    v. Commonwealth of Virginia
    Record No. 0264-18-2
    Opinion rendered by Chief Judge Decker
       on November 12, 2019
    Refused (200031)

3. Cassandra Marcelle Murray
    v. Commonwealth of Virginia
    Record No. 1226-18-1
    Opinion rendered by Judge Humphreys
       on January 14, 2020
    Refused (200245)

4. Robert Weldon Dayvon Yerling, s/k/a
    Robert Weldon Dayvon Yearling
    v. Commonwealth of Virginia
    Record No. 1705-18-1
    Opinion rendered by Judge Petty
       on February 18, 2020
    Refused (200421)

5. Cody W. Brewer
    v. Commonwealth of Virginia
    Record No. 1665-18-2
    Opinion rendered by Chief Judge Decker
       on March 10, 2020
    Refused (200493)